

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00653-CV

Denise **MUNOZ**,
Appellant

v.

Joel **SALINAS**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-14-325
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
     Karen Angelini, Justice
     Jason Pulliam, Justice

Delivered and Filed: November 23, 2016

DISMISSED

  Appellant filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM